```
                          3RD DISTRICT COURT
                     SALT LAKE COUNTY, STATE OF UTAH

         FIREHOLD RIVER CAPITAL LLC vs. SUPURVA HEALTHCARE GROUP INC et al.
CASE NUMBER 210900985 Contracts
_____

CURRENT ASSIGNED JUDGE
        KEITH KELLY


PARTIES
        Plaintiff - FIREHOLD RIVER CAPITAL LLC
        Represented by: EDWIN JANG

        Defendant - SUPURVA HEALTHCARE GROUP INC

        Defendant - JOHN D JR MURPHY


ACCOUNT SUMMARY
                Total Revenue Amount Due:          625.00
                            Amount Paid:           625.00
                          Amount Credit:             0.00
                                Balance:             0.00
        REVENUE DETAIL - TYPE: COMPLAINT 10K-MORE
                     Original Amount Due:          375.00
                      Amended Amount Due:          375.00
                            Amount Paid:           375.00
                          Amount Credit:             0.00
                                Balance:             0.00

        REVENUE DETAIL - TYPE: JURY DEMAND - CIVIL
                     Original Amount Due:          250.00
                      Amended Amount Due:          250.00
                            Amount Paid:           250.00
                          Amount Credit:             0.00
                                Balance:             0.00



CASE NOTE


PROCEEDINGS
02-19-2021   Filed: Complaint
02-19-2021   Case filed by efiler
02-19-2021   Fee Account created Total Due: 375.00
02-19-2021   Fee Account created
02-19-2021   Fee Account created Total Due: 250.00
02-19-2021   Fee Account created
02-19-2021   COMPLAINT 10K-MORE   375.00
02-19-2021   JURY DEMAND - CIVIL   250.00
02-19-2021   Judge KEITH KELLY assigned.
02-19-2021   Note: discovery tier set to 2


03-12-2021 07:49 AM                                              Page 1 of 2
```

```
02-19-2021   Filed: Return of Electronic Notification
03-11-2021   Filed: Notice of Filing Notice of Removal of Civil Action
03-11-2021   Filed: Return of Electronic Notification
03-11-2021   Filed return: Return of Service upon JOHN D MURPHY JR for
                Party Served: JOHN D JR SUPURVA HEALTHCARE GROUP INC
                Service Type: Personal
                Service Date: February 10, 2021
                   Garnishee:
03-11-2021   Filed: Return of Electronic Notification
```