David P. Billings, UT Bar No. 11510
Thomas B. Stockard UT Bar. No. 17327
FABIAN VANCOTT
95 South State Street, Suite 2300
Salt Lake City, Utah 84111
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
dbillings@fabianvancott.com
tstockard@fabianvancott.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| FIREHOLE RIVER CAPITAL, LLC,<br><br>Plaintiff,<br>v.<br><br>SUPURVA HEALTHCARE GROUP, INC.,<br><br>Defendant. | **STIPULATED MOTION FOR ENTRY OF ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:21-cv-00153-DBB<br><br>Judge David B. Barlow<br><br>Magistrate Cecilia M. Romero |

Pursuant to Fed. R. Civ. P. 41(a), Defendant Supurva Healthcare Group, Inc., ("**Supurva**") and Plaintiff Firehole River Capital, LLC, ("**Firehole**") (collectively the "**Parties**"), respectfully move this Court for an Order of Dismissal with Prejudice of the entire action. In support of this Motion, the Parties state the following:

1. On January 5, 2023, the parties entered into a Stipulated Share Issuance/Claim Extinguishment Agreement (the "**Agreement**"). (DKT. 52).

2. Pursuant to the Agreement, the Parties released any and all claims collectively and individually against one another, that may have ever had, may now have, or at any time hereafter may

have against one another, including but not limited to those claims relating to or arising from the instant action, subject to a Fairness Hearing and a finding of fairness of the terms of the Agreement, as required under Section 3(a)(10) of the Securities Act of 1933.

3. On February 15, 2023, the parties filed a Stipulated Motion for Hearing Regarding Section 3(a)(10) Fairness Hearing and Memorandum in Support. (DKT. 47).

4. On Monday, April 3, 2023 the Court held the Fairness Hearing wherein it entered a finding of fairness as to the Agreement approved the terms thereof.

With the terms of the Agreement now satisfied, the Parties stipulate and jointly request that the Court dismiss this matter with prejudice. A proposed Order of Dismissal with Prejudice is filed concurrently herewith.

DATED this 4th day of April, 2023.

/s/ Edwin S. Jang
Signed electronically by Thomas B. Stockard
with permission of Edwin S. Jang
*Attorneys for Plaintiff*

/s/ Thomas B. Stockard
David P. Billings
Thomas B. Stockard
Fabian VanCott
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2023, I caused a true and correct copy of the foregoing **STIPULATED MOTION FOR ENTRY OF ORDER OF DISMISSAL WITH PREJUDICE** to be filed with the Clerk of the Court via ECF which delivered notification of such filing to counsel for Plaintiff.

                                                  /s/ *Thomas B. Stockard*

4889-3471-9835, v. 1